B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chelle Construction, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**65-1096928** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**19151 SW 108th Avenue**<br>**Bay #23**<br>**Miami, FL**<br>ZIP Code **33157** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                         **Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Chelle Construction, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **Lehman Southland, LLC** | Case Number: <br> **11-31905-LMI** | Date Filed: <br> **8/04/11** |
|---|---|---|
| District: <br> **Southern District of Florida** | Relationship: <br> **Affiliate** | Judge: <br> **Laurel M. Isicoff** |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)              (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Chelle Construction, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** __/s/ James D. Gassenheimer_____
Signature of Attorney for Debtor(s)

**James D. Gassenheimer 959987**
Printed Name of Attorney for Debtor(s)

**Berger Singerman, P.A.**
Firm Name

**200 S. Biscayne Boulevard
Suite1000
Miami, FL 33131**
Address

**jgassenheimer@bergersingerman.com**
**305 755-9500  Fax: 305 714-4340**
Telephone Number

**August  4, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** __/s/ Scott D. Lehman_____
Signature of Authorized Individual

**Scott D. Lehman**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**August  4, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## RESOLUTIONS
## OF THE BOARD OF DIRECTORS
## OF CHELLE CONSTRUCTION, INC.

The Board of Directors of Chelle Construction, Inc., a Florida corporation (the "Company"), hereby adopts the following resolutions by written consent in lieu of a meeting of the Board of Directors pursuant to Fla. Stat. §607.0821:

WHEREAS, the Board of Directors of the Company (the "Board") has determined that it is in the best interest of the Company to authorize and empower management of the Company to file a Chapter 11 bankruptcy case on behalf of the Company;

NOW, THEREFORE,

### 1. Chapter 11 Case.

BE IT RESOLVED, that the Board approves and ratifies the decision of management of the Company to file a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on behalf of the Company (the "Chapter 11 Case") in the United States Bankruptcy Court for the Southern District of Florida (the "Court") at such time as management deems it appropriate to do so, and to execute and deliver any and all documents required by, or necessary or appropriate with respect to, the filing and administration of the Chapter 11 Case (collectively, the "Chapter 11 Documents"); and it is further

RESOLVED, that the Board approves and ratifies the employment by the Company of the law firm of Berger Singerman, P.A. as bankruptcy counsel for the Company; and it is further

### 2. General Authorization and Ratification.

RESOLVED, that the President and any Vice President of the Company (each a "Proper Officer"), are directed to prepare and execute, and, if required, the Secretary to attest to, (i) all Chapter 11 Documents, (ii) all documents, certificates and instruments required by, referenced or described in, or related to, the Chapter 11 Case, and (iii) a letter of engagement with Berger Singerman, P.A.; and it is further

RESOLVED, that the Proper Officers of the Company, any one of whom may act without the joinder of any of the others, are hereby authorized to, and to cause any other Proper Officer of the Company to, execute and deliver the Chapter 11 Documents in the name and on behalf of the Company, or otherwise to take all actions (including, without limitation, (i) negotiation, execution, delivery, and filing of any agreements, certificates, or other instruments or documents, (ii) the payment of any consideration, and (iii) the payment of expenses and taxes) as such Proper Officer may deem necessary, appropriate, or advisable (such acts to be conclusive evidence that such Proper Officer deemed the same to be necessary, appropriate, or advisable) in order to commence and administer the Chapter 11 Case, and all acts of any Proper Officer taken pursuant to the authority granted herein are hereby approved, adopted, ratified, and confirmed in all respects; and it is further

RESOLVED, that the officers and director of the Company are hereby authorized and directed to take all such further actions and execute and deliver all such further instruments and documents in the name and on behalf of the Company under its corporate seal or otherwise and to incur and pay such expenses as in his or their judgment shall be necessary, proper or advisable in order to fully carry out the intent and accomplish the purposes of each of the foregoing resolutions.

IN WITNESS WHEREOF the undersigned has executed these Resolutions of the Board of Directors of Chelle Construction, Inc. as of the 4th day of August, 2011.

_____
Richard Lehman, President

_____
Scott D. Lehman, Vice-President

_____
Eduardo Moreno, Vice-President    V.P.

2

3730618-2

RESOLVED, that the officers and director of the Company are hereby authorized and directed to take all such further actions and execute and deliver all such further instruments and documents in the name and on behalf of the Company under its corporate seal or otherwise and to incur and pay such expenses as in his or their judgment shall be necessary, proper or advisabl in order to fully carry out the intent and accomplish the purposes of each of the foregoin, resolutions.

IN WITNESS WHEREOF the undersigned has executed these Resolutions of the Boar of Directors of Chelle Construction, Inc. as of the 4TH day of August, 2011.

_____
Richard Lehman, President

_____
Scott D. Lehman, Vice-President

_____
Eduardo Moreno, Vice-President

2

33306 10 2

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Chelle Construction, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| First Sealord Surety, Inc.<br>789 E Lancaster Avenue<br>Suite 200, P.O. Box 900<br>Villanova, PA 19085 | First Sealord Surety, Inc.<br>789 E Lancaster Avenue<br>Suite 200, P.O. Box 900<br>Villanova, PA 19085 | | Unliquidated<br>Disputed | 368,775.64<br><br>(0.00 secured) |
| The Sun Peninsula<br>1395 Brickell Avenue<br>Suite 660<br>Miami, FL 33131 | The Sun Peninsula<br>1395 Brickell Avenue<br>Suite 660<br>Miami, FL 33131 | | Unliquidated<br>Subject to Setoff | 354,586.61 |
| John Greist<br>8904 SW 177th Terrace<br>Miami, FL 33157 | John Greist<br>8904 SW 177th Terrace<br>Miami, FL 33157 | Loan | | 235,036.06 |
| Deville Family Ltd.<br>10120 Sabal Palm Drive<br>Coral Gables, FL 33156 | Deville Family Ltd.<br>10120 Sabal Palm Drive<br>Coral Gables, FL 33156 | | Subject to Setoff | 214,783.19 |
| Worldwide Pools<br>6800 SW 40th Street<br>Suite 686<br>Miami, FL 33155 | Worldwide Pools<br>6800 SW 40th Street<br>Suite 686<br>Miami, FL 33155 | | | 149,800.00 |
| Central Concrete Supermix, Inc<br>PO Box 557520<br>Miami, FL 33155-7520 | Central Concrete Supermix, Inc<br>PO Box 557520<br>Miami, FL 33155-7520 | | | 114,212.73 |
| TD Equipment Finance, Inc.<br>1006 Astoria Blvd.<br>Cherry Hill, NJ 08034 | TD Equipment Finance, Inc.<br>1006 Astoria Blvd.<br>Cherry Hill, NJ 08034 | | | 192,450.00<br><br>(100,000.00 secured) |
| RJS Electric, Inc.<br>1100 Barnet Drive<br>#4<br>Lake Worth, FL 33461 | RJS Electric, Inc.<br>1100 Barnet Drive<br>#4<br>Lake Worth, FL 33461 | | | 72,851.60 |
| John Abell Corp.<br>PO Box 971297<br>Miami, FL 33197-1297 | John Abell Corp.<br>PO Box 971297<br>Miami, FL 33197-1297 | | | 65,653.95 |
| Steel Works Rebar Fabricators<br>7265 NW 74 St<br>Miami, FL 33166 | Steel Works Rebar Fabricators<br>7265 NW 74 St<br>Miami, FL 33166 | | | 60,731.89 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Chelle Construction, Inc.**                                                    Case No. _____
_____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Floridian Builders**<br>**2666 Tigertail Avenue**<br>**Suite 110**<br>**Coconut Grove, FL 33133** | **Floridian Builders**<br>**2666 Tigertail Avenue**<br>**Suite 110**<br>**Coconut Grove, FL 33133** | | **Unliquidated**<br>**Subject to Setoff** | **58,706.69** |
| **Richard & Rice Construction Co**<br>**828 S. Military Trail**<br>**Deerfield Beach, FL 33442** | **Richard & Rice Construction Co**<br>**828 S. Military Trail**<br>**Deerfield Beach, FL 33442** | | | **58,470.92** |
| **Frost Ac Inc**<br>**12206 SW 131 Ave**<br>**Miami, FL 33186** | **Frost Ac Inc**<br>**12206 SW 131 Ave**<br>**Miami, FL 33186** | | | **51,321.46** |
| **Glassland**<br>**14260 SW 142 Street**<br>**Unit 101**<br>**Miami, FL 33186** | **Glassland**<br>**14260 SW 142 Street**<br>**Unit 101**<br>**Miami, FL 33186** | | | **47,642.27** |
| **C C Concrete Pumping**<br>**12599 NW 107 Ave**<br>**Medley, FL 33178** | **C C Concrete Pumping**<br>**12599 NW 107 Ave**<br>**Medley, FL 33178** | | | **42,454.42** |
| **H & E Equipment Services**<br>**2250 N Andrews Avenue**<br>**Pompano Beach, FL 33069** | **H & E Equipment Services**<br>**2250 N Andrews Avenue**<br>**Pompano Beach, FL 33069** | | | **40,537.56** |
| **Lindstrom Air Conditioning**<br>**6601 Lyons Road**<br>**Suite D8**<br>**Coconut Creek, FL 33073** | **Lindstrom Air Conditioning**<br>**6601 Lyons Road**<br>**Suite D8**<br>**Coconut Creek, FL 33073** | | | **36,500.00** |
| **J M Scaffolds Of Florida Inc**<br>**PO Box 520457**<br>**Miami, FL 33152-0457** | **J M Scaffolds Of Florida Inc**<br>**PO Box 520457**<br>**Miami, FL 33152-0457** | | | **35,649.54** |
| **HDS Whitecap Const. Supply**<br>**10800 NW 92nd Terrace**<br>**Suite 103**<br>**Miami, FL 33178** | **HDS Whitecap Const. Supply**<br>**10800 NW 92nd Terrace**<br>**Suite 103**<br>**Miami, FL 33178** | | | **32,103.47** |
| **Oxford Universal**<br>**7440 SW 50th Terrace**<br>**Suite 110**<br>**Miami, FL 33155** | **Oxford Universal**<br>**7440 SW 50th Terrace**<br>**Suite 110**<br>**Miami, FL 33155** | | **Unliquidated**<br>**Subject to Setoff** | **28,402.95** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Chelle Construction, Inc.**                                                    Case No. _____
_____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August  4, 2011**                              Signature    **/s/ Scott D. Lehman**
_____                    _____
                                                                **Scott D. Lehman**
                                                                **Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re      **Chelle Construction, Inc.**                                          ,          Case No. _____

                                          Debtor

                                          Chapter                              **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 2,642,814.90 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,012,458.05 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 5 | | 17,377.54 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 2,287,166.91 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 39 | | | |
| Total Assets | | | 2,642,814.90 | | |
| Total Liabilities | | | | 3,317,002.50 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Southern District of Florida

In re    **Chelle Construction, Inc.**                                    ,    Case No. _____

                                                    Debtor

                                                                          Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Chelle Construction, Inc.**                                                    ,    Case No. _____

_____

                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

__0__    continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Chelle Construction, Inc.**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **1st National Bank Operating Account** | - | 61,505.39 |
| | | **Wells Fargo Bank Operating Account** | - | 1,203.94 |
| | | **TD Bank Money Market** | - | 200.00 |
| | | **TD Bank Payroll Account** | - | 208.39 |
| | | **Foundation Payroll** | - | 19,472.50 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >    82,590.22
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Chelle Construction, Inc.**                                                          ,    Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Total accounts receivable (Accounts Receivable and Retention Receivable)** | - | 1,944,102.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Loans to Eduardo Moreno** | - | 85,921.23 |
| | | **Loans to Richard Lehman** | - | 91,815.15 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    2,121,838.38
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Chelle Construction, Inc.**                                          ,   Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim for extended general conditions against MCM/Titan** | - | 239,386.30 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **8 work trucks located at 19151 SW 108 Avenue, #23, Miami, FL 33157** | - | 34,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous office equipment located at 19151 SW 108th Avenue, #23, Miami, FL 33157** | - | 15,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Miscellaneous equipment and supplies located at 19151 SW 108th Avenue, #23, Miami, FL 33157** | - | 150,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    438,386.30
(Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **Chelle Construction, Inc.**                                           Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 2,642,814.90 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**B6D (Official Form 6D) (12/07)**

In re    **Chelle Construction, Inc.**                    Case No. _____
,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**First Sealord Surety, Inc.**<br>**789 E Lancaster Avenue**<br>**Suite 200, P.O. Box 900**<br>**Villanova, PA 19085** | X | - | **Blanket lien (UCC Statement)**<br><br><br>Value $      0.00 | | X | X | 368,775.64 | 368,775.64 |
| Account No. <br><br>**Isuzu Finance of America**<br>**3020 Westchester Avenue**<br>**Suite 203**<br>**Purchase, NY 10577** | X | - | **2006 Isuzu Flatbed Truck (UCC Statement)**<br><br><br>Value $      9,000.00 | | | | 9,399.11 | 399.11 |
| Account No. <br><br>**TD Bank, N.A.**<br>**2130 Centrepark West Drive**<br>**West Palm Beach, FL 33409** | X | - | **Blanket lien (UCC Statement)**<br><br><br>Value $      1,944,102.00 | | | | 441,833.30 | 0.00 |
| Account No. <br><br>**TD Equipment Finance, Inc.**<br>**1006 Astoria Blvd.**<br>**Cherry Hill, NJ 08034** | X | - | **Concrete forming equipment (UCC Statement)**<br><br><br>Value $      100,000.00 | | | | 192,450.00 | 92,450.00 |

   **0**    continuation sheets attached

| | Subtotal (Total of this page) | 1,012,458.05 | 461,624.75 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,012,458.05 | 461,624.75 |

B6E (Official Form 6E) (4/10)

In re  **Chelle Construction, Inc.** ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_4_ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **Chelle Construction, Inc.**                                          Case No. _____
_____ ,
                                         Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Wages | | | | | |
| Chad Stark 15385 S. Dixie Highway Unit 20 Miami, FL 33157 | - | | | | | | | 722.88 | 0.00 722.88 |
| Account No. | | | | Wages | | | | | |
| Eduardo Moreno 3022 SW 144th Avenue Miami, FL 33175 | - | | | | | | | 480.72 | 0.00 480.72 |
| Account No. | | | | Wages | | | | | |
| Evelyn Martinez 1281 NE 42nd Avenue Homestead, FL 33033 | - | | | | | | | 480.00 | 0.00 480.00 |
| Account No. | | | | Wages | | | | | |
| Frank Rodriguez 4630 SW 13th Street Miami, FL 33134 | - | | | | | | | 2,130.40 | 0.00 2,130.40 |
| Account No. | | | | Wages | | | | | |
| Gary Elliot 1504 SW 5th Street Fort Lauderdale, FL 33312 | - | | | | | | | 721.00 | 0.00 721.00 |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 4,535.00 | 4,535.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Chelle Construction, Inc.** , Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Wages | | | | | |
| Hermilo Medina 25260 SW 127th Avenue Homestead, FL 33032 | | - | | | | | | | 0.00 |
| | | | | | | | | 560.70 | 560.70 |
| Account No. | | | | Wages | | | | | |
| Jorge Freyre 7195 E Lago Drive Miami, FL 33143 | | - | | | | | | | 0.00 |
| | | | | | | | | 769.28 | 769.28 |
| Account No. | | | | Wages | | | | | |
| Jose Santos Garcia 7452 W 8th Avenue Hialeah, FL 33014 | | - | | | | | | | 0.00 |
| | | | | | | | | 840.00 | 840.00 |
| Account No. | | | | Wages | | | | | |
| Jose Villegas 519 W 68th Street Hialeah, FL 33014 | | - | | | | | | | 0.00 |
| | | | | | | | | 280.00 | 280.00 |
| Account No. | | | | Wages | | | | | |
| Juan C. Rodriguez 8270 Sw 149th Court Miami, FL 33193 | | - | | | | | | | 0.00 |
| | | | | | | | | 1,000.00 | 1,000.00 |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 3,449.98 | 3,449.98 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Chelle Construction, Inc.**                                          ,    Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Juan Carapia 1630 NE 9th Street Homestead, FL 33033 | | - | Wages | | | | 709.40 | 0.00 709.40 |
| Account No. Juan Carlos Aleman 1365 W 69th Street Hialeah, FL 33014 | | - | Wages | | | | 1,153.60 | 0.00 1,153.60 |
| Account No. Marin Martinez 100 SW 45th Avenue Miami, FL 33134 | | - | Wages | | | | 1,713.00 | 0.00 1,713.00 |
| Account No. Marjorie Torres 8761 NW 146th Lane Miami Lakes, FL 33018 | | - | Wages | | | | 366.00 | 0.00 366.00 |
| Account No. Marlon Sanchez 3448 SW 112th Avenue Miami, FL 33165 | | - | Wages | | | | 532.00 | 0.00 532.00 |

Sheet  3  of  4  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 4,474.00 | 4,474.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re      **Chelle Construction, Inc.**                                             ,     Case No. _____
                                  Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages | | | | | |
| Ramon Sanchez 13770 SW 157th Terrace Miami, FL 33177 | | - | | | | | 1,477.00 | 0.00 1,477.00 |
| Account No. | | | Wages | | | | | |
| Richard Lehman 15081 SW 154th Court Miami, FL 33196 | | - | | | | | 480.72 | 0.00 480.72 |
| Account No. | | | Wages | | | | | |
| Scott Lehman 7380 SW 114th Street Miami, FL 33156 | | - | | | | | 480.72 | 0.00 480.72 |
| Account No. | | | Wages | | | | | |
| Yoanka Galceran 3301 SW 99th Avenue Miami, FL 33165 | | - | | | | | 2,480.12 | 0.00 2,480.12 |
| Account No. | | | | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 4,918.56 | 0.00 4,918.56 |
| Total (Report on Summary of Schedules) | 17,377.54 | 0.00 17,377.54 |

B6F (Official Form 6F) (12/07)

In re **Chelle Construction, Inc.**                                  ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Abc Drywall Corporation**<br>**5447 NW 24 Street**<br>**Suite 1**<br>**Margate, FL 33063** | - | | | | | | 9,360.00 |
| Account No. | | | | | | | |
| **Abraham & Son Corp.**<br>**10773 NW 58th Street**<br>**PMB #343**<br>**Miami, FL 33178** | | | | | | | 1,429.76 |
| Account No. | | | | | | | |
| **Accelarated Business Solutions**<br>**2991 Center Port Circle**<br>**Pompano Beach, FL 33064** | - | | | | | | 133.71 |
| Account No. | | | | | | | |
| **AD & L Construction Services**<br>**9025 NW 120 Street**<br>**Hialeah Gardens, FL 33018** | - | | | | | | 18,991.60 |
| | | | | Subtotal<br>(Total of this page) | | | 29,915.07 |

__24__   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chelle Construction, Inc.**                                        ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Aerial Photography, Inc.** 618 NE 26th Street Fort Lauderdale, FL 33305 | - | | | | | | 174.50 |
| Account No. | | | | | | | |
| **Albert Electrical of South Florida** 7635 W 28th Avenue Hialeah, FL 33016 | - | | | | | | 4,848.06 |
| Account No. | | | | | | | |
| **Alflex Exterminators** 4035 SW 98th Avenue Miami, FL 33155 | - | | | | | | 1,253.85 |
| Account No. | | | | | | | |
| **All Star Painting** 1303 SW 103rd Avenue Miami, FL 33174 | - | | | | | | 2,260.00 |
| Account No. | | | | | | | |
| **Any Season Insulation** 14181 SW 143rd Court Miami, FL 33186 | - | | | | | | 2,202.00 |

Sheet no. _1___ of _24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,738.41

B6F (Official Form 6F) (12/07) - Cont.

In re  **Chelle Construction, Inc.**                                    ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Aphis Millwork & Cabinetry,** **1919 NW 19th Street** **#601** **Ft.Lauderdale, FL 33331** | - | | | | | | | 11,258.30 |
| Account No. | | | | | | | | |
| **Associated Builders Contractor** **3730 Coconut Creek Pkwy** **Coconut Creek, FL 33066** | - | | | | | | | 1,690.00 |
| Account No. | | | | | | | | |
| **Atlantic Concrete Washout** **1945 W. Cr 419** **Suite 1141-206** **Oviedo, FL 32766** | - | | | | | | | 1,381.50 |
| Account No. | | | | | | | | |
| **Atlantic Tile Contractor** **2681 West 76th Street** **Hialeah, FL 33016** | - | | | | | | | 1,881.99 |
| Account No. | | | | | | | | |
| **Best Equipment** **12390 SW 131St Avenue** **Miami, FL 33186** | - | | | | | | | 53.45 |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    16,265.24

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chelle Construction, Inc.**                        ,       Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | | | | | |
| **Buckeye Plumbing Services, Inc**<br>**310 Business Park Way**<br>**West Palm Beach, FL 33411** | - | | | | | | 19,976.00 |
| Account No. | | | | | | | |
| **C C Concrete Pumping**<br>**12599 NW 107 Ave**<br>**Medley, FL 33178** | - | | | | | | 42,454.42 |
| Account No. | | | | | | | |
| **Caballero Iron Works**<br>**7315 SW 45 St**<br>**Bay 4**<br>**Miami, FL 33155** | - | | | | | | 9,278.07 |
| Account No. | | | | | | | |
| **Carpenter Contractors**<br>**3900 Avenue G N.W.**<br>**Winter Haven, FL 33880** | - | | | | | | 12,991.35 |
| Account No. | | | | | | | |
| **Carter Brother Fire & Life**<br>**666 South Military Trail**<br>**Deerfield Beach, FL 33442** | - | | | | | | 591.80 |

Sheet no. __3__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **85,291.64**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chelle Construction, Inc.**
_____,   Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Cemex PO Box 905875 Charlotte, NC 28290-5875 | - | | | | | | | 13,889.09 |
| Account No. | | | | | | | | |
| Central Concrete Supermix, Inc PO Box 557520 Miami, FL 33155-7520 | - | | | | | | | 114,212.73 |
| Account No. | | | | | | | | |
| Chi Alarm 14070 NW 82nd Avenue Miami Lakes, FL 33016 | - | | | | | | | 982.00 |
| Account No. | | | | | | | | |
| City of Coral Gables P.O. Box 742503 Cincinnati, OH 45274-2503 | - | | | | | | | 158.00 |
| Account No. | | | | | | | | |
| Concord Road Service 3199 Fox Croft Road Unit 107 Miramar, FL 33025 | - | | | | | | | 419.44 |

Sheet no. __4__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **129,661.26**

B6F (Official Form 6F) (12/07) - Cont.

In re **Chelle Construction, Inc.** _____, Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Decon Envirnonmental & 2652 NW 31St Avenue Fort Lauderdale, FL 33311 | - | | | | | | | 2,150.00 |
| Account No. | | | | | | | | |
| Designe Acoustics Inc 15935 NW 49 Ave Hialeah, FL 33014 | - | | | | | | | 900.00 |
| Account No. | | | | Subject to setoff. | | | | |
| Deville Family Ltd. 10120 Sabal Palm Drive Coral Gables, FL 33156 | - | | | | | | | 214,783.19 |
| Account No. | | | | | | | | |
| Diversified Administration 6161 Washington Street Hollywood, FL 33023 | - | | | | | | | 100.00 |
| Account No. | | | | | | | | |
| Dixie Landscape 12950 NW 113 Ct Miami, FL 33116 | - | | | | | | | 9,477.57 |

Sheet no. __5__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  227,410.76

B6F (Official Form 6F) (12/07) - Cont.

In re  **Chelle Construction, Inc.**                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Dynamic Media Technologies Inc 9301 SW 69 Ave Miami, FL 33156 | - | | | | | | 2,107.00 |
| Account No. | | | | | | | |
| Dyplast Products LLC 12501 NW 38 Ave Miami, FL 33157 | - | | | | | | 335.77 |
| Account No. | | | | | | | |
| Empire Electric Maintenance 1041 SW 67th Avenue West Miami, FL 33144 | - | | | | | | 1,482.00 |
| Account No. | | | | | | | |
| Ever Bank Commercial Finance Dept 1608 Denver, CO 80291-1608 | - | | | | | | 436.65 |
| Account No. | | | | | | | |
| Everglade Lumber Building Supply 6991 SW 8th Street Miami, FL 33144 | - | | | | | | 17,554.42 |

Sheet no. __6__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          21,915.84

B6F (Official Form 6F) (12/07) - Cont.

In re    **Chelle Construction, Inc.**                                         ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Fedex P.O. Box 94515 Palatine, IL 60094-4515 | - | | | | | | 416.74 |
| Account No. | | | | | | | |
| First Insurance Funding Corp PO Box 66468 Chicago, IL 60666-0468 | - | | | | | | 6,590.04 |
| Account No. | | | | | | | |
| Florida Epoxy 20533 Biscayne Blvd Suite 433 AventuraFL 33180 | - | | | | | | 1,754.40 |
| Account No. | | | | | | | |
| Florida Lifts, LLC 1718 Corporation Drive Boynton Beach, FL 33426 | - | | | | | | 9,105.00 |
| Account No. | | | Subject to setoff. | | | | |
| Floridian Builders 2666 Tigertail Avenue Suite 110 Coconut Grove, FL 33133 | - | | | | X | | 58,706.69 |

Sheet no. __7__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    76,572.87

B6F (Official Form 6F) (12/07) - Cont.

In re  **Chelle Construction, Inc.**                                             ,          Case No. _____

                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **FPL** **PO Box 025576** **Miami, FL 33102** | - | | | | | | 575.55 |
| Account No. | | | | | | | |
| **Freedom Transport** **5475 NW St James Drive** **#201** **Port Saint Lucie, FL 34983** | - | | | | | | 550.00 |
| Account No. | | | | | | | |
| **Frost Ac Inc** **12206 SW 131 Ave** **Miami, FL 33186** | - | | | | | | 51,321.46 |
| Account No. | | | | | | | |
| **George Crane** **2190 NW 110 Ave** **Miami, FL 33172** | - | | | | | | 5,805.00 |
| Account No. | | | | | | | |
| **Glass Tech Engineering, Inc** **8321 NW 70th Street** **Miami, FL 33166** | - | | | | | | 5,691.50 |

Sheet no. __8__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                63,943.51

B6F (Official Form 6F) (12/07) - Cont.

In re    **Chelle Construction, Inc.**                                                      ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Glassland** **14260 SW 142 Street** **Unit 101** **Miami, FL 33186** | - | | | | | | 47,642.27 |
| Account No. | | | | | | | |
| **H & E Equipment Services** **2250 N Andrews Avenue** **Pompano Beach, FL 33069** | - | | | | | | 40,537.56 |
| Account No. | | | | | | | |
| **H & H Carpet Company of Palm Beach** **2004 Federal Highway** **Delray Beach, FL 33483** | - | | | | | | 2,625.00 |
| Account No. | | | | | | | |
| **H & H Flooring** **2004 Federal Highway** **Delray Beach, FL 33483** | - | | | | | | 4,204.00 |
| Account No. | | | | | | | |
| **Hatton Electric Inc.** **12346 Wiles Road** **Coral Springs, FL 33076** | - | | | | | | 11,500.00 |

Sheet no. __9__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

106,508.83

B6F (Official Form 6F) (12/07) - Cont.

In re    **Chelle Construction, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **HDS Whitecap Const. Supply** **10800 NW 92nd Terrace** **Suite 103** **Miami, FL 33178** | | - | | | | | | 32,103.47 |
| Account No. | | | | | | | | |
| **Hector Vergara** **PO Box 970504** **Coconut Creek, FL 33097** | | - | | | | | | 1,160.00 |
| Account No. | | | | | | | | |
| **High Reach** **615 Hickman Circle** **Sanford, FL 32771** | | - | | | | | | 11,508.53 |
| Account No. | | | | | | | | |
| **Hilti** **PObox 382002** **Pittsburgh, PA 15250-8002** | | - | | | | | | 2,773.49 |
| Account No. | | | | | | | | |
| **Humana Health Plan** **P.O. Box 557** **Carol Stream, IL 60132-0577** | | - | | | | | | 580.97 |

Sheet no. __10__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 48,126.46

B6F (Official Form 6F) (12/07) - Cont.

In re __Chelle Construction, Inc._____,     Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Hurricane Waste Services Inc<br>14241 SW 143rd Court<br>Miami, FL 33186 | - | | | | | | 2,140.00 |
| Account No.<br><br>Illuminosity Architectural<br>4704 SW 74th Avenue<br>Miami, FL 33155 | - | | | | | | 5,428.75 |
| Account No.<br><br>J B Garage Doors<br>12195 NW 98 Ave<br>Hialeah, FL 33018 | - | | | | | | 1,337.00 |
| Account No.<br><br>J M Scaffolds Of Florida Inc<br>PO Box 520457<br>Miami, FL 33152-0457 | - | | | | | | 35,649.54 |
| Account No.<br><br>J&M Plastering, Inc.<br>16333 NW 84 Place<br>Miami, FL 33016 | - | | | | | | 6,058.80 |

Sheet no. __11__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     50,614.09

B6F (Official Form 6F) (12/07) - Cont.

In re  **Chelle Construction, Inc.**                                    ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Jes Hole Drilling 260 W 41 Street Hialeah, FL 33012 | | - | | | | | | 475.00 |
| Account No. | | | | | | | | |
| Jjas Door Installation 7302 NW 70th Street Miami, FL 33166 | | - | | | | | | 20,589.27 |
| Account No. | | | | | | | | |
| John Abell Corp. PO Box 971297 Miami, FL 33197-1297 | | - | | | | | | 65,653.95 |
| Account No. | | | | Loan | | | | |
| John Greist 8904 SW 177th Terrace Miami, FL 33157 | | - | | | | | | 235,036.06 |
| Account No. | | | | | | | | |
| Kaufman Rossin Co 2699 S Bayshore Dr Miami, FL 33133 | | - | | | | | | 5,000.00 |

Sheet no. __12__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                326,754.28

B6F (Official Form 6F) (12/07) - Cont.

In re    **Chelle Construction, Inc.**
_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| La Paz Builders Construction, 1258 NW 25th Street Miami, FL 33142 | - | | | | | | 4,598.55 |
| Account No. | | | | | | | |
| Latite Roofing & Sheet Metal, 2280 W Copans Road Pompano Beach, FL 33069 | - | | | | | | 16,642.63 |
| Account No. | | | | | | | |
| Lehman Southland 19151 SW 108 Avenue Miami, FL 33157 | - | | | | | | 25,697.40 |
| Account No. | | | | | | | |
| Lengemann PO Box 39 43319 State Road 19 Altoona, FL 32702-0039 | - | | | | | | 161.13 |
| Account No. | | | | | | | |
| Lewis Millwork Corp 13071 SW 122 Ave Miami, FL 33186 | - | | | | | | 441.72 |

Sheet no. __13__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**47,541.43**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Chelle Construction, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Lezas Plumbing** 9448 NW 13th Street Miami, FL 33165 | - | | | | | | 25,289.10 |
| Account No. **Lincoln National Life Insurace** P.O. Box 7247-0410 Philadelphia, PA 19170-0410 | - | | | | | | 5,875.00 |
| Account No. **Lindstrom Air Conditioning** 6601 Lyons Road Suite D8 Coconut Creek, FL 33073 | - | | | | | | 36,500.00 |
| Account No. **Maxwell Systems Inc** PO Box 822338 Philadelphia, PA 19182-2338 | - | | | | | | 2,669.60 |
| Account No. **MDX Payment Processing Center** PO Box 628282 Orlando, FL 32862 | - | | | | | | 1.60 |

Sheet no. __14__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **70,335.30**

B6F (Official Form 6F) (12/07) - Cont.

In re __Chelle Construction, Inc._____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Miami-Dade Fire Rescue Dept 9300 NW 41 Street Miami, FL 33178 | - | | | | | | 142.50 |
| Account No. | | | | | | | |
| Miami-Dade Tax Collector 140 W Flagler Street Miami, FL 33130-1575 | - | | | | | | 75.00 |
| Account No. | | | | | | | |
| Miami-Dade Water and Sewer Dept. PO Box 026055 Miami, FL 33102-6055 | - | | | | | | 330.32 |
| Account No. | | | | | | | |
| Mobil Mini, Inc. PO Box 79149 Phoenix, AZ 85062-9149 | - | | | | | | 1,969.71 |
| Account No. | | | | | | | |
| National Construction Rentals, P.O.Box 4503 Pacoima, CA 91333 | - | | | | | | 671.58 |

Sheet no. __15__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            3,189.11

B6F (Official Form 6F) (12/07) - Cont.

In re  __Chelle Construction, Inc._____,   Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Subject to setoff.** | | | | |
| Nielson & Company Inc. 8000 Governors Square Blvd #101 Miami Lakes, FL 33016 | - | | | | | | | 23,580.47 |
| Account No. | | | | | | | | |
| Nutting Engineers 1310 Neptune Drive Boynton Beach, FL 33426 | - | | | | | | | 1,915.00 |
| Account No. | | | | | | | | |
| O.M. Management, Inc 4483 NW 36th Street Suite 120 Miami, FL 33166 | - | | | | | | | 35.00 |
| Account No. | | | | **Subject to setoff.** | | | | |
| Oxford Universal 7440 SW 50th Terrace Suite 110 Miami, FL 33155 | - | | | | | X | | 28,402.95 |
| Account No. | | | | | | | | |
| Plan Benefit Services 11910 Volente Road Austin, TX 78726 | - | | | | | | | 8,270.91 |

Sheet no. __16__ of __24__ sheets attached to Schedule of            Subtotal          | 62,204.33 |
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chelle Construction, Inc.**                                    ,          Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Poes Rentals** **7901 West 4 Ave** **Hialeah, FL 33014-4215** | - | | | | | | | 5,562.86 |
| Account No. | | | | | | | | |
| **RC Interiors Inc.** **7090 SW 30th Road** **Miami, FL 33155** | - | | | | | | | 271.20 |
| Account No. | | | | | | | | |
| **Restored Digital Solutions** **5900 NW 97th Avenue** **Suite 22** **Miami, FL 33178** | - | | | | | | | 401.25 |
| Account No. | | | | | | | | |
| **Richard & Rice Construction Co** **828 S. Military Trail** **Deerfield Beach, FL 33442** | - | | | | | | | 58,470.92 |
| Account No. | | | | | | | | |
| **RJS Electric, Inc.** **1100 Barnet Drive** **#4** **Lake Worth, FL 33461** | - | | | | | | | 72,851.60 |

Sheet no. __17__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    137,557.83

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chelle Construction, Inc.**                                              ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert Reid Weding Architects**<br>**612 South Military Trail**<br>**Deerfield Beach, FL 33442** | - | | | | | | 100.00 |
| Account No.<br><br>**Rodriguez Bulldozer Service**<br>**4238 SW 95 Ave**<br>**Miami, FL 33165** | - | | | | | | 12,830.00 |
| Account No.<br><br>**Ronquillos Drywall, Inc.**<br>**1651 NE 8th Street**<br>**Pmb 128**<br>**Homestead, FL 33033** | - | | | | | | 13,649.00 |
| Account No.<br><br>**S & J Plastering**<br>**13656 SW 142nd Avenue**<br>**Miami, FL 33186** | - | | | | | | 7,250.00 |
| Account No.<br><br>**S & J Roofing Contractors**<br>**173 W 22nd Street**<br>**Hialeah, FL 33010** | - | | | | | | 16,003.00 |

Sheet no. __18__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          49,832.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Chelle Construction, Inc.** _____,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **S & S National Waste** **1486 Skees Road** **Suite D** **West Palm Beach, FL 33411** | - | | | | | | 806.07 |
| Account No. | | | | | | | |
| **Sands Construction Framing** **1430 S. Dixie Hwy** **Suite 318** **Coral Gables, FL 33146-3174** | | | | | | | 13,335.70 |
| Account No. | | | | | | | |
| **Scott Lehman** **7380 SW 114th Street** **Miami, FL 33156** | - | | | | | | 33,364.80 |
| Account No. | | | | | | | |
| **Shell Lumber & Hardware** **2733SW 27th Avenue** **Coconut Grove, FL 33133** | - | | | | | | 1,649.16 |
| Account No. | | | | | | | |
| **Siegfried Rivera, et al.** **201 Alhambra Circle** **Coral Gables, FL 33134** | - | | | | | | 4,709.76 |

Sheet no. __19__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,865.49

B6F (Official Form 6F) (12/07) - Cont.

In re __Chelle Construction, Inc._____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Smart Restorations** <br> **10330 SW 187th Street** <br> **Miami, FL 33157** | - | | | | | | 6,400.00 |
| Account No. <br><br> **Sound Investment** <br> **1438 W. Kinzie** <br> **Suite 200** <br> **Chicago, IL 60642** | - | | | | | | 15,185.70 |
| Account No. <br><br> **South Florida Concrete Cutting** <br> **7956 NW 1Street** <br> **Margate, FL 33063** | - | | | | | | 2,182.00 |
| Account No. <br><br> **Southern Fire Control** <br> **599 Sawgrass Corporate Pky** <br> **Sunrise, FL 33325** | - | | | | | | 3,067.00 |
| Account No. <br><br> **Specialty Engineering Consultants** <br> **1599 SW 30th Avenue** <br> **Suite 20** <br> **Boynton Beach, FL 33426** | - | | | | | | 342.24 |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,176.94

B6F (Official Form 6F) (12/07) - Cont.

In re  **Chelle Construction, Inc.**                                        ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Sprint** **PObox 4181** **Carol Stream, IL 60197-4181** | - | | | | | | 502.24 |
| Account No. | | | | | | | |
| **Steel Works Rebar Fabricators** **7265 NW 74 St** **Miami, FL 33166** | - | | | | | | 60,731.89 |
| Account No. | | | | | | | |
| **Symons Corp** **PO Box 712299** **Cincinnati, OH 45271-2299** | - | | | | | | 15,413.77 |
| Account No. | | | | | | | |
| **Symons Corp.-Exchange** **PO Box 712299** **Cincinnati, OH 45271-2299** | - | | | | | | 7,508.11 |
| Account No. | | | | | | | |
| **T-Square Express, Inc.** **PO Box 012061** **Miami, FL 33101** | - | | | | | | 1,397.12 |

Sheet no. __21__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        85,553.13

B6F (Official Form 6F) (12/07) - Cont.

In re __Chelle Construction, Inc._____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Tarmac PO Box 8648 Deerfield Beach, FL 33443 | - | | | | | | | 7,508.11 |
| Account No. | | | | | | | | |
| TD Bank Card Services P.O. Box 84037 Columbus, GA 31908 | - | | | | | | | 11,159.21 |
| Account No. | | | | Subject to setoff. | | | | |
| The Sun Peninsula 1395 Brickell Avenue Suite 660 Miami, FL 33131 | - | | | | | | X | 354,586.61 |
| Account No. | | | | | | | | |
| Trusscorp 9590 NW 89 Ave Medley, FL 33178 | - | | | | | | | 23,700.00 |
| Account No. | | | | | | | | |
| United Rentals North America PO Box 100711 Atlanta, GA 30384-0711 | - | | | | | | | 657.01 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        397,610.94

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chelle Construction, Inc.**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **United Site Services of Florida, Inc.** PO Box 660475 Dallas, TX 75266-0475 | - | | | | | | 167.54 |
| Account No. | | | | | | | |
| **Unlimited Construction** 13770 SW 157 Terr Miami, FL 33177 | - | | | | | | 3,848.00 |
| Account No. | | | | | | | |
| **Verizon Wireless** PO Box 660108 Dallas, TX 75266-0108 | - | | | | | | 1,179.36 |
| Account No. | | | | | | | |
| **William Scottsman** PO Box 91975 Chicago, IL 60693-1975 | - | | | | | | 2,971.42 |
| Account No. | | | | | | | |
| **Windstream Communications** PO Box 580451 Charlotte, NC 28258-0451 | - | | | | | | 504.69 |

Sheet no. __23__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,671.01**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Chelle Construction, Inc.**  ,     Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Worldwide Pools** <br>**6800 SW 40th Street** <br>**Suite 686** <br>**Miami, FL 33155** | - | | | | | | | 149,800.00 |
| Account No. <br><br> **Zephyrhills** <br>**PO Box 856680** <br>**Louisville, KY 40285-6680** | - | | | | | | | 111.14 |
| Account No. <br><br><br><br> | | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __24__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br>(Total of this page) | 149,911.14 |
| | Total <br>(Report on Summary of Schedules) | 2,287,166.91 |

B6G (Official Form 6G) (12/07)

.

In re  **Chelle Construction, Inc.**                                              Case No. _____
                                                          ,
                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Everbank**<br>**Dept. 1608**<br>**Denver, CO 80291-1608** | **Office equipment lease** |
| **IFC Credit**<br>**P.O. Box 2154**<br>**Bedford Park, IL 60499-2154** | **Office and construction equipment lease** |
| **T-Square**<br>**P.O. Box 012061**<br>**Miami, FL 33101** | **Office equipment lease** |
| **TD Equipment Finance, Inc.**<br>**1006 Astoria Blvd.**<br>**Cherry Hill, NJ 08034** | **Concrete forming equipment lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Chelle Construction, Inc.**                                              ,    Case No. _____
                                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Eduardo Moreno**<br>**3022 SW 144th Avenue**<br>**Miami, FL 33175** | **First Sealord Surety, Inc.**<br>**789 E Lancaster Avenue**<br>**Suite 200, P.O. Box 900**<br>**Villanova, PA 19085** |
| **Eduardo Moreno**<br>**3022 SW 144th Avenue**<br>**Miami, FL 33175** | **TD Bank, N.A.**<br>**2130 Centrepark West Drive**<br>**West Palm Beach, FL 33409** |
| **Eduardo Moreno**<br>**3022 SW 144th Avenue**<br>**Miami, FL 33175** | **TD Equipment Finance, Inc.**<br>**1006 Astoria Blvd.**<br>**Cherry Hill, NJ 08034** |
| **Eduardo Moreno**<br>**3022 SW 144th Avenue**<br>**Miami, FL 33175** | **Isuzu Finance of America**<br>**3020 Westchester Avenue**<br>**Suite 203**<br>**Purchase, NY 10577** |
| **Michelle Lehman**<br>**15081 SW 154th Court**<br>**Miami, FL 33156** | **First Sealord Surety, Inc.**<br>**789 E Lancaster Avenue**<br>**Suite 200, P.O. Box 900**<br>**Villanova, PA 19085** |
| **Pam Lehman**<br>**7380 SW 114th Street**<br>**Miami, FL 33156** | **First Sealord Surety, Inc.**<br>**789 E Lancaster Avenue**<br>**Suite 200, P.O. Box 900**<br>**Villanova, PA 19085** |
| **Richard Lehman**<br>**15081 SW 154th Court**<br>**Miami, FL 33196** | **First Sealord Surety, Inc.**<br>**789 E Lancaster Avenue**<br>**Suite 200, P.O. Box 900**<br>**Villanova, PA 19085** |
| **Richard Lehman**<br>**15081 SW 154th Court**<br>**Miami, FL 33196** | **TD Bank, N.A.**<br>**2130 Centrepark West Drive**<br>**West Palm Beach, FL 33409** |
| **Richard Lehman**<br>**15081 SW 154th Court**<br>**Miami, FL 33196** | **TD Equipment Finance, Inc.**<br>**1006 Astoria Blvd.**<br>**Cherry Hill, NJ 08034** |
| **Richard Lehman**<br>**15081 SW 154th Court**<br>**Miami, FL 33196** | **TD Equipment Finance, Inc.**<br>**1006 Astoria Blvd.**<br>**Cherry Hill, NJ 08034** |

**1**

_____ continuation sheets attached to Schedule of Codebtors

In re    **Chelle Construction, Inc.**
_____,    Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Scott Lehman**<br>**7380 SW 114th Street**<br>**Miami, FL 33156** | **First Sealord Surety, Inc.**<br>**789 E Lancaster Avenue**<br>**Suite 200, P.O. Box 900**<br>**Villanova, PA 19085** |
| **Scott Lehman**<br>**7380 SW 114th Street**<br>**Miami, FL 33156** | **TD Bank, N.A.**<br>**2130 Centrepark West Drive**<br>**West Palm Beach, FL 33409** |
| **Scott Lehman**<br>**7380 SW 114th Street**<br>**Miami, FL 33156** | **TD Equipment Finance, Inc.**<br>**1006 Astoria Blvd.**<br>**Cherry Hill, NJ 08034** |
| **Zaida Moreno**<br>**3022 SW 144th Avenue**<br>**Miami, FL 33175** | **First Sealord Surety, Inc.**<br>**789 E Lancaster Avenue**<br>**Suite 200, P.O. Box 900**<br>**Villanova, PA 19085** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Chelle Construction, Inc.**
　　　　　　　　　　　　　　　　　　　Debtor(s)

Case No. _____

Chapter    **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　　　I, the Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**41**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August  4, 2011**_____

Signature    **/s/ Scott D. Lehman**_____

　　　　　　　　　　　　**Scott D. Lehman**
　　　　　　　　　　　　**Vice President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Chelle Construction, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,134,561.00** | **2011 YTD: Sales** |
| **$8,788,345.00** | **2010: Sales** |
| **$12,602,141.00** | **2009: Sales** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

### 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

    a.  *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

    b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Schedule 3b | | $0.00 | $0.00 |

None □

    c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Schedule 3c | | $0.00 | $0.00 |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None □

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chelle Construction, Inc. vs. 4BS Realty Collins Ave (LLC)** **Case No. 2008-76312-CA-01** | | **11th Judicial Court** **Miami-Dade County, Florida** | **Dismissed** |
| **Chiros Pavers v. Chelle Construction** | **Breach of Contract** | **11th Judicial Court** **Miami-Dade County, Florida** | **Dismissed** |
| **Chelle Construction v. Soares de Costa** | **Breach of Contract** | **11th Judicial Court** **Miami-Dade County, Florida** | **Dismissed** |

None □

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

## Schedule 3b

| Src | Description | Address | Date | Payment Amount | Open Bal. |
|-----|-------------|---------|------|----------------|-----------|
| A/P | ACTIVE DRYWALL | 4444 SW 71 AVE, MIAMI, FL 33155 | 7/6/2011 | $ 7,208.00 | $ - |
| A/P | AERIAL PHOTOGRAPHY INC | 618 NE 26TH STREET, FT. LAUDERDALE, FL | 6/24/2011 | $ 87.25 | $ 261.75 |
| A/P | TRUST ACCOUNT OF ANDREW T TRAILOR | 8603 S. DIXIE HWY, SUITE 303, MIAMI, FL 33143 | 6/29/2011 | $ 5,000.00 | $ - |
| A/P | B I SAFE AND LOCK | 18792 SW 108TH AVENUE, MIAMI, FL 33157 | 6/20/2011 | $ 104.33 | $ - |
| A/P | BUCKEYE PLUMBING SERVICES, INC | 310 BUSINESS PARK WAY, WEST PALM BEACH, FL 334 | 6/24/2011 | $ 19,976.00 | $ 19,976.00 |
| P/R | CHAD STARK | 15385 S Dixie Hwy, UNIT 20, MIAMI, FL 33157 | 6/4/2011 | $ 2,067.00 | $ - |
| P/R | CHAD STARK | 15385 S Dixie Hwy, UNIT 20, MIAMI, FL 33157 | 6/18/2011 | $ 2,174.28 | $ - |
| P/R | CHAD STARK | 15385 S Dixie Hwy, UNIT 20, MIAMI, FL 33157 | 7/2/2011 | $ 2,174.28 | $ - |
| P/R | CHAD STARK | 15385 S Dixie Hwy, UNIT 20, MIAMI, FL 33157 | 7/16/2011 | $ 2,607.99 | $ - |
| A/P | CMG DEVELOPMENT, LLC | 8825 W SUNRISE BLVD, PLANTATION, FL 33322 | 6/20/2011 | $ 1,923.07 | $ - |
| A/P | CMG DEVELOPMENT, LLC | 8825 W SUNRISE BLVD, PLANTATION, FL 33322 | 7/13/2011 | $ 2,254.52 | $ - |
| A/P | COLLINSWORTH, ALTER, FOWLER & | PO BOX 9315, MIAMI, FL 33014 | 7/21/2011 | $ 11,271.87 | $ - |
| A/P | DAVID BRENNER | 8306 MILLS DRIVE, #306, MIAMI, FL 33183 | 7/11/2011 | $ 60.00 | $ - |
| P/R | EDUARDO MORENO ROJAS | 1591 SW 124 CONC PLACE, MIAMI, FL 33184 | 6/4/2011 | $ 1,184.24 | $ - |
| P/R | EDUARDO MORENO ROJAS | 1591 SW 124 CONC PLACE, MIAMI, FL 33184 | 6/18/2011 | $ 1,565.78 | $ - |
| P/R | EDUARDO MORENO ROJAS | 1591 SW 124 CONC PLACE, MIAMI, FL 33184 | 7/2/2011 | $ 1,565.78 | $ - |
| P/R | EDUARDO MORENO ROJAS | 1591 SW 124 CONC PLACE, MIAMI, FL 33184 | 7/16/2011 | $ 1,565.78 | $ - |
| A/P | Electrical System Development | 3402 E 9th Court, Hialeah, FL 33013 | 6/29/2011 | $ 510.00 | $ - |
| A/P | ELITE SECURITY ALARM SYSTEMS | 900 AIRPORT ROAD - SUITE 3A AFA REDEMPTION CENTER WEST CHESTER, PA 19380 | 6/29/2011 | $ 288.18 | $ - |
| P/R | EVELYN MARTINEZ | 1281 NE 42nd Avenue, Homestead, Fl 33033 | 6/4/2011 | $ 449.50 | $ - |
| P/R | EVELYN MARTINEZ | 1281 NE 42nd Avenue, Homestead, Fl 33033 | 6/18/2011 | $ 854.38 | $ - |
| P/R | EVELYN MARTINEZ | 1281 NE 42nd Avenue, Homestead, Fl 33033 | 7/2/2011 | $ 854.38 | $ - |
| P/R | EVELYN MARTINEZ | 1281 NE 42nd Avenue, Homestead, Fl 33033 | 7/16/2011 | $ 854.38 | $ - |
| A/P | FLOR006 - THE FLORIDA BAR | 651 EAST JEFFERSON STREET, TALLAHASSE, FL 32399-2 | 6/21/2011 | $ 320.00 | $ - |
| A/P | FPL001 - FPL | PO BOX 025576, MIAMI, FL 33102 | 6/30/2011 | $ 142.00 | $ - |
| A/P | FPL001 - FPL | PO BOX 025576, MIAMI, FL 33102 | 7/7/2011 | $ 549.73 | $ 575.55 |
| A/P | FPL001 - FPL | PO BOX 025576, MIAMI, FL 33102 | 7/7/2011 | $ 171.56 | $ - |
| P/R | FRANK RODRIGUEZ | 4630 SW 13th Street, Miami, FL 33134 | 6/18/2011 | $ 715.00 | $ - |
| A/P | FROST AC INC | 12206 SW 131 AVE, MIAMI, FL 33186 | 7/25/2011 | $ 8,400.00 | $ 51,321.46 |
| P/R | GARY ELLIOT | 1504 SW 5TH STREET, FT. LAUDERDALE, FL 33312-750 | 6/4/2011 | $ 1,669.27 | $ - |
| P/R | GARY ELLIOT | 1504 SW 5TH STREET, FT. LAUDERDALE, FL 33312-750 | 6/18/2011 | $ 2,169.28 | $ - |

| | | | | | | |
|---|---|---|---|---|---|---|
| P/R | GARY ELLIOT | 1504 SW 5TH STREET, FT. LAUDERDALE, FL 33312-750 | 6/18/2011 | $ | 180.00 | $ - |
| P/R | GARY ELLIOT | 1504 SW 5TH STREET, FT. LAUDERDALE, FL 33312-750 | 7/2/2011 | $ | 2,169.28 | $ - |
| P/R | GARY ELLIOT | 1504 SW 5TH STREET, FT. LAUDERDALE, FL 33312-750 | 7/16/2011 | $ | 2,169.28 | $ - |
| A/P | GUARD001 - GUARDIAN LIFE INSURANCE | PO BOX 95101, CHICAGO, IL 60694-5101 | 6/29/2011 | $ | 1,157.46 | $ - |
| A/P | GUARD001 - GUARDIAN LIFE INSURANCE | PO BOX 95101, CHICAGO, IL 60694-5101 | 7/8/2011 | $ | 578.73 | $ - |
| P/R | HERMILO MEDINA | 25260 SW 127th Avenue, Miami, FL 33032 | 6/4/2011 | $ | 692.35 | $ - |
| P/R | HERMILO MEDINA | 25260 SW 127th Avenue, Miami, FL 33032 | 6/18/2011 | $ | 673.34 | $ - |
| P/R | HERMILO MEDINA | 25260 SW 127th Avenue, Miami, FL 33032 | 7/2/2011 | $ | 428.38 | $ - |
| A/P | ISU002 - ISUZU FINANCE OF AMERICA INC | 23906 NETWORK PLACE, CHICAGO, IL 60673-1239 | 7/25/2011 | $ | 687.00 | $ - |
| P/R | JORGE FREYRE | 7195 E. Lago Drive, Coral Gables, FL 33143 | 6/4/2011 | $ | 781.50 | $ - |
| P/R | JORGE FREYRE | 7195 E. Lago Drive, Coral Gables, FL 33143 | 6/18/2011 | $ | 1,291.87 | $ - |
| P/R | JORGE FREYRE | 7195 E. Lago Drive, Coral Gables, FL 33143 | 7/2/2011 | $ | 1,291.87 | $ - |
| P/R | JORGE FREYRE | 7195 E. Lago Drive, Coral Gables, FL 33143 | 7/16/2011 | $ | 1,291.87 | $ - |
| P/R | JOSE SANTOS GARCIA | 7452 W 8th Avenue, Hialeah, FL 33014 | 6/18/2011 | $ | 474.24 | $ - |
| P/R | JOSE VILLEGAS | 519 W 68th Street, Hialeah, FL 33014 | 6/4/2011 | $ | 792.54 | $ - |
| P/R | JOSE VILLEGAS | 519 W 68th Street, Hialeah, FL 33014 | 6/18/2011 | $ | 1,046.26 | $ - |
| P/R | JOSE VILLEGAS | 519 W 68th Street, Hialeah, FL 33014 | 7/2/2011 | $ | 1,187.97 | $ - |
| P/R | JOSE VILLEGAS | 519 W 68th Street, Hialeah, FL 33014 | 7/16/2011 | $ | 1,187.97 | $ - |
| P/R | JUAN CARAPIA | 1630 NE 9 STREET, HOMESTEAD, FL 33033 | 6/4/2011 | $ | 401.52 | $ - |
| P/R | JUAN CARAPIA | 1630 NE 9 STREET, HOMESTEAD, FL 33033 | 6/18/2011 | $ | 628.84 | $ - |
| P/R | JUAN CARAPIA | 1630 NE 9 STREET, HOMESTEAD, FL 33033 | 7/2/2011 | $ | 401.52 | $ - |
| P/R | JUAN CARLOS RODRIGUEZ | 8270 SW 149TH Court, Apt. 101, Miami, FL 33193 | 6/4/2011 | $ | 1,579.71 | $ - |
| P/R | JUAN CARLOS RODRIGUEZ | 8270 SW 149TH Court, Apt. 101, Miami, FL 33193 | 6/18/2011 | $ | 1,223.00 | $ - |
| P/R | JUAN CARLOS RODRIGUEZ | 8270 SW 149TH Court, Apt. 101, Miami, FL 33193 | 7/2/2011 | $ | 1,619.75 | $ - |
| P/R | JUAN CARLOS RODRIGUEZ | 8270 SW 149TH Court, Apt. 101, Miami, FL 33193 | 7/16/2011 | $ | 1,967.70 | $ - |
| A/P | KERR01 - KERRS BOBCAT, INC. DBA MITCH | 16 CYPRESS STREET, Okeechobee, FL 34974 | 6/9/2011 | $ | 550.00 | $ - |
| A/P | KERR01 - KERRS BOBCAT, INC. DBA MITCH | 16 CYPRESS STREET, Okeechobee, FL 34974 | 6/24/2011 | $ | 300.00 | $ - |
| A/P | LEHM001 - LEHMAN SOUTHLAND | 19151 SW 108th Avenue#23, Miami, FL 33157 | 6/17/2011 | $ | 5,139.48 | $ 20,557.92 |
| A/P | LEHM001 - LEHMAN SOUTHLAND | 19151 SW 108th Avenue#23, Miami, FL 33157 | 7/25/2011 | $ | 5,139.48 | $ - |
| A/P | LEHM004 - SCOTT LEHMAN | 7380 SW 114th Street, Miami, Fl 33156 | 7/26/2011 | $ | 4,930.39 | $ - |
| P/R | MARIN MARTINEZ | 100 SW 45th Avenue, Miami, FL 33134 | 6/18/2011 | $ | 383.95 | $ - |
| P/R | MARJORIE TORRES | 8761 NW 146TH LANE, MIAMI LAKES, FL 33018 | 6/4/2011 | $ | 1,019.72 | $ - |
| P/R | MARJORIE TORRES | 8761 NW 146TH LANE, MIAMI LAKES, FL 33018 | 6/18/2011 | $ | 1,184.51 | $ - |
| P/R | MARJORIE TORRES | 8761 NW 146TH LANE, MIAMI LAKES, FL 33018 | 7/2/2011 | $ | 1,184.51 | $ - |

| | | | | | |
|---|---|---|---|---|---|
| P/R | MARJORIE TORRES | 8761 NW 146TH LANE, MIAMI LAKES, FL 33018 | 7/16/2011 | $ 1,251.36 | $ - |
| P/R | MARLON SANCHEZ | 3448 SW 112 AVE, MIAMI, FL 33165 | 6/18/2011 | $ 499.51 | $ - |
| A/P | MIAM001 - MIAMIDADE COUNTY | PO BOX 12131, MIAMI, FL 33101-2131 | 7/5/2011 | $ 138.00 | $ - |
| A/P | MIAM002 - MIAMIDADE COUNTY AUTO TA | PO BOX 12131, MIAMI, FL 33101-2131 | 6/30/2011 | $ 298.40 | $ - |
| P/R | MIOSOTIS RODRIGUEZ | 16884 SW 109TH COURT, MIAMI, FL 33157 | 6/4/2011 | $ 1,658.56 | $ - |
| P/R | MIOSOTIS RODRIGUEZ | 16884 SW 109TH COURT, MIAMI, FL 33157 | 6/18/2011 | $ 1,658.56 | $ - |
| P/R | MIOSOTIS RODRIGUEZ | 16884 SW 109TH COURT, MIAMI, FL 33157 | 6/18/2011 | $ 60.00 | $ - |
| P/R | MIOSOTIS RODRIGUEZ | 16884 SW 109TH COURT, MIAMI, FL 33157 | 7/2/2011 | $ 1,658.56 | $ - |
| P/R | MIOSOTIS RODRIGUEZ | 16884 SW 109TH COURT, MIAMI, FL 33157 | 7/16/2011 | $ 1,718.56 | $ - |
| A/P | MORG001 - MORGAN & ASSOCIATES CONS | 504 N. HARBOR CITY BLVD. , MELBOURNE,FL 32935 | 6/24/2011 | $ 2,000.00 | $ - |
| A/P | NATC0001 - NATIONAL CONSTRUCTION RE | P.O.BOX 4503, PACOIMA, CA 91333 | 6/9/2011 | $ 4,394.65 | $ 671.58 |
| A/P | NUTT001 - NUTTING ENGINEERS | 1310 NEPTUNE DRIVE, BOYNTON BEACH, FL 33426 | 6/24/2011 | $ 570.00 | $ 23,580.47 |
| A/P | PINE001 - PINEAPPLE PLAZA ASSOCIATES L | 19151 SW 108th Avenue#23, Miami, FL 33157 | 6/28/2011 | $ 1,070.00 | $ - |
| A/P | PINE001 - PINEAPPLE PLAZA ASSOCIATES L | 19151 SW 108th Avenue#23, Miami, FL 33157 | 7/25/2011 | $ 1,070.00 | $ - |
| P/R | RAMON SANCHEZ | 13770 SW 157th Terrace, Miami, FL 33177 | 6/18/2011 | $ 764.12 | $ - |
| A/P | RAYR001 - SUNLIFE POWER DBA | 15476 NW 77TH COURT, SUITE 419, MIAMI LAKES, FL : | 7/11/2011 | $ 5,364.84 | $ - |
| A/P | REST001 - RESTORED DIGITAL SOLUTIONS | 5900 NW 97TH AVENUE, SUITE 22, ,MIAMI, FL 33178 | 7/15/2011 | $ 224.70 | $ 401.25 |
| A/P | RICH001 - RICHARD & RICE CONSTRUCTION | 828 S. MILITARY TRAIL, DEERFIELD, FL 33442 | 6/9/2011 | $ 18,798.58 | $ 41,358.92 |
| A/P | RICH001 - RICHARD & RICE CONSTRUCTION | 828 S. MILITARY TRAIL, DEERFIELD, FL 33442 | 6/24/2011 | $ 11,578.50 | $ - |
| A/P | RICH002 - RICHARD LEHMAN | 15081 SW 154th Court, Miami, FL 33196 | 6/30/2011 | $ 120.00 | $ - |
| P/R | RICHARD LEHMAN | 15081 SW 154th Court, Miami, FL 33196 | 6/4/2011 | $ 1,205.58 | $ - |
| P/R | RICHARD LEHMAN | 15081 SW 154th Court, Miami, FL 33196 | 6/18/2011 | $ 1,587.13 | $ - |
| P/R | RICHARD LEHMAN | 15081 SW 154th Court, Miami, FL 33196 | 6/18/2011 | $ 146.75 | $ - |
| P/R | RICHARD LEHMAN | 15081 SW 154th Court, Miami, FL 33196 | 7/2/2011 | $ 1,587.13 | $ - |
| P/R | RICHARD LEHMAN | 15081 SW 154th Court, Miami, FL 33196 | 7/16/2011 | $ 2,190.33 | $ - |
| A/P | RJSE001 - RJS ELECTRIC, INC. | 1100 BARNET DRIVE #4, LAKE WORTH, FL 33461 | 6/24/2011 | $ 14,410.80 | $ 72,851.60 |
| P/R | SCOTT JENKINS | 5125 PATRICIA STREET, PORT ST. JOHN, FL 32927 | 6/4/2011 | $ 1,909.67 | $ - |
| P/R | SCOTT JENKINS | 5125 PATRICIA STREET, PORT ST. JOHN, FL 32927 | 6/18/2011 | $ 1,909.67 | $ - |
| P/R | SCOTT JENKINS | 5125 PATRICIA STREET, PORT ST. JOHN, FL 32927 | 7/2/2011 | $ 1,909.67 | $ - |
| P/R | SCOTT JENKINS | 5125 PATRICIA STREET, PORT ST. JOHN, FL 32927 | 7/16/2011 | $ 1,909.67 | $ - |
| P/R | SCOTT LEHMAN | 7380 SW 114th Street, Miami, Fl 33156 | 6/4/2011 | $ 1,205.58 | $ - |
| P/R | SCOTT LEHMAN | 7380 SW 114th Street, Miami, Fl 33156 | 6/18/2011 | $ 1,587.13 | $ - |
| P/R | SCOTT LEHMAN | 7380 SW 114th Street, Miami, Fl 33156 | 7/2/2011 | $ 1,587.13 | $ - |
| P/R | SCOTT LEHMAN | 7380 SW 114th Street, Miami, Fl 33156 | 7/16/2011 | $ 1,587.13 | $ - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A/P | SPRI001 - SPRINT | POBOX 4181, CAROL STREAM, IL 60197-4181 | 7/8/2011 | $ | 1,019.98 | $ | - |
| A/P | SSNA001 - S & S NATIONAL WASTE | 1486 SKEES ROAD, SUITE D, W. PALM BEACH, FL 3341 | 6/24/2011 | $ | 62.00 | $ | 806.07 |
| A/P | SUPE001 - CENTRAL CONCRETE SUPERMIX | PO BOX 557520, MIAMI, FL 33155-7520 | 7/15/2011 | $ | 1,536.52 | $ | 53,886.51 |
| A/P | TECH002 - TECHNICAL SYSTEMS & EQUIPN | 87B S HWY 1792, DEBARY FL 32713 | 7/18/2011 | $ | 300.94 | $ | - |
| A/P | TECH002 - TECHNICAL SYSTEMS & EQUIPN | 8426 NW 56 STREET, FL 33166 | 7/1/2011 | $ | 300.94 | $ | - |
| A/P | THECONTRAC - CONTRACTORS PLAN HEAL | 11910 Volente Rd. , AUSTIN TX 78726 | 6/29/2011 | $ | 5,999.10 | $ | 8,270.91 |
| A/P | THECONTRAC - CONTRACTORS PLAN HEAL | 11910 Volente Rd. , AUSTIN TX 78726 | 7/8/2011 | $ | 5,208.70 | $ | - |
| A/P | UNIT002 - UNITED SITE SERVICES OF | PO BOX 100711, ATLANTA, GA 30384-0711 | 6/24/2011 | $ | 369.67 | $ | 167.54 |
| A/P | VERI001 - VERIZON WIRELESS | PO BOX 660108, DALLAS, TX 75266-0108 | 6/10/2011 | $ | 1,396.81 | $ | 1,179.36 |
| A/P | WIND001 - WINDSTREAM COMMUNICATI( | PO BOX 580451, CHARLOTTE, NC 28258-0451 | 7/25/2011 | $ | 975.04 | $ | 504.69 |
| P/R | YOANKA GALCERAN | 3301 SW 99th Avenue, FL 33165 | 6/4/2011 | $ | 1,039.72 | $ | - |
| A/P | ZEPH001 - ZEPHYRHILLS | PO Box 856680, Louisville, KY 40285 | 7/28/2011 | $ | 111.14 | $ | - |
| | | | | $ | 234,424.65 | $ | 296,371.58 |

## Schedule 3c

| Check Date | Last Name | First Name | Net Pay |
|---|---|---|---|
| 7/26/2011 | Lehman | Scott D | $ 4,930.39 |
| 7/22/2011 | Lehman | Richard A | $ 2,190.33 |
| 7/22/2011 | Lehman | Scott D | $ 1,587.13 |
| 7/22/2011 | Moreno Rojas | Eduardo L | $ 1,565.78 |
| 7/8/2011 | Lehman | Richard A | $ 1,587.13 |
| 7/8/2011 | Lehman | Richard A | $ 146.75 |
| 7/8/2011 | Lehman | Richard A | $ 1,587.13 |
| 7/8/2011 | Lehman | Scott D | $ 1,587.13 |
| 7/8/2011 | Lehman | Scott D | $ 1,587.13 |
| 7/8/2011 | Moreno Rojas | Eduardo L | $ 1,565.78 |
| 7/8/2011 | Moreno Rojas | Eduardo L | $ 1,565.78 |
| 6/30/2011 | Lehman | Richard A | $ 120.00 |
| 6/24/2011 | Lehman | Richard A | $ 1,205.58 |
| 6/24/2011 | Lehman | Scott D | $ 1,205.58 |
| 6/24/2011 | Moreno Rojas | Eduardo L | $ 1,184.24 |
| 6/10/2011 | Lehman | Richard A | $ 1,587.03 |
| 6/10/2011 | Lehman | Scott D | $ 1,587.03 |
| 6/10/2011 | Moreno Rojas | Eduardo L | $ 1,369.54 |
| 5/13/2011 | Lehman | Richard A | $ 1,587.03 |
| 5/13/2011 | Lehman | Scott D | $ 1,587.03 |
| 5/13/2011 | Moreno Rojas | Eduardo L | $ 1,369.54 |
| 4/29/2011 | Lehman | Richard A | $ 1,571.84 |
| 4/29/2011 | Lehman | Scott D | $ 1,571.84 |
| 4/29/2011 | Moreno Rojas | Eduardo L | $ 1,354.35 |
| 4/15/2011 | Lehman | Richard A | $ 1,587.03 |
| 4/15/2011 | Lehman | Scott D | $ 1,587.03 |
| 4/15/2011 | Moreno Rojas | Eduardo L | $ 1,369.54 |
| 4/1/2011 | Lehman | Richard A | $ 1,587.03 |
| 4/1/2011 | Lehman | Scott D | $ 1,587.03 |
| 4/1/2011 | Moreno Rojas | Eduardo L | $ 1,369.54 |
| 3/18/2011 | Lehman | Richard A | $ 1,587.03 |
| 3/18/2011 | Lehman | Scott D | $ 1,587.03 |
| 3/18/2011 | Moreno Rojas | Eduardo L | $ 1,369.54 |
| 3/4/2011 | Lehman | Richard A | $ 1,587.03 |
| 3/4/2011 | Lehman | Scott D | $ 1,587.03 |
| 3/4/2011 | Moreno Rojas | Eduardo L | $ 1,369.54 |
| 2/18/2011 | Lehman | Richard A | $ 1,587.03 |
| 2/18/2011 | Lehman | Scott D | $ 1,587.03 |
| 2/18/2011 | Moreno Rojas | Eduardo L | $ 1,369.54 |
| 2/4/2011 | Lehman | Richard A | $ 914.88 |
| 2/4/2011 | Lehman | Scott D | $ 915.27 |
| 1/21/2011 | Lehman | Richard A | $ 914.88 |
| 1/21/2011 | Lehman | Scott D | $ 915.27 |
| 1/7/2011 | Lehman | Richard A | $ 914.88 |

| 1/7/2011 | Lehman | Scott D | $ | 915.27 |
| 12/23/2010 | Lehman | Richard A | $ | 914.51 |
| 12/23/2010 | Lehman | Scott D | $ | 914.90 |
| 12/10/2010 | Lehman | Richard A | $ | 914.51 |
| 12/10/2010 | Lehman | Scott D | $ | 914.90 |
| 11/24/2010 | Lehman | Richard A | $ | 914.51 |
| 11/24/2010 | Lehman | Scott D | $ | 914.90 |
| 11/12/2010 | Lehman | Richard A | $ | 914.51 |
| 11/12/2010 | Lehman | Scott D | $ | 914.90 |
| 10/29/2010 | Lehman | Richard A | $ | 914.51 |
| 10/29/2010 | Lehman | Scott D | $ | 914.90 |
| 10/15/2010 | Lehman | Richard A | $ | 1,227.60 |
| 10/15/2010 | Lehman | Scott D | $ | 914.90 |
| 10/1/2010 | Lehman | Richard A | $ | 1,227.60 |
| 10/1/2010 | Lehman | Scott D | $ | 1,748.22 |
| 9/17/2010 | Lehman | Richard A | $ | 1,227.60 |
| 9/17/2010 | Lehman | Scott D | $ | 1,748.22 |
| 9/3/2010 | Lehman | Richard A | $ | 2,224.62 |
| 9/3/2010 | Lehman | Richard A | $ | 1,227.60 |
| 9/3/2010 | Lehman | Scott D | $ | 1,748.22 |
| 8/20/2010 | Lehman | Richard A | $ | 1,748.22 |
| 8/20/2010 | Lehman | Scott D | $ | 1,748.22 |
| 8/6/2010 | Lehman | Richard A | $ | 1,808.12 |
| 8/6/2010 | Lehman | Scott D | $ | 1,748.22 |

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **TD Bank, N.A.**<br>**2130 Centrepark West Drive**<br>**West Palm Beach, FL 33409** | **May 23, 2011** | **$397,456.16** |

---

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None ☐   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **A/C Unit - $4,200.00** | **Theft**<br>**Value of insurance proceeds are pending** | **June 10, 2011** |
| **A/C Unit - $4,200.00** | **Theft**<br>**Value of insurance proceeds are pending** | **July 5, 2011** |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Berger Singerman, P.A.<br>200 South Biscayne Blvd.<br>Suite 1000<br>Miami, FL 33131** | **June 15, 2011 paid by Scott Lehman** | **$50,000.00\***<br><br>**\*$25,000.00 is being refunded to Scott Lehman after the filing of the case.** |
| **Berger Singerman, P.A.<br>200 South Biscayne Blvd.<br>Suite 1000<br>Miami, FL 33131** | **July 10, 2011 paid by Richard Lehman** | **$25,000.00** |
| **Berger Singerman, P.A.<br>200 S. Biscayne Blvd.<br>Suite 1000<br>Miami, FL 33131** | **May 9, 2011 paid by the Debtor** | **$2,500.00** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **TD Bank, N.A.<br>2130 Centrepark West Drive<br>West Palm Beach, FL 33409** | **June 30, 2010** | **$150,000.00** |
| **TD Bank, N.A.<br>2130 Centrepark West Drive<br>West Palm Beach, FL 33409** | **December 15, 2010** | **Retention Receivable - $46,885.00** |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| TD Bank, N.A.<br>2130 Centrepark West Drive<br>West Palm Beach, FL 33409 | May 23, 2011 | $397,456.16 |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 . Nature, location and name of business

None ■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Miosotis Rodriguez**<br>**16884 SW 109th Court**<br>**Miami, FL 33157** | **2003 through present** |

7

| NAME AND ADDRESS | | DATES SERVICES RENDERED |
|---|---|---|
| **Scott Lehman**<br>**7380 SW 114th Street**<br>**Miami, FL 33156** | | **2002 through present** |

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐    of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Kaufman Rossin & Co.** | **2699 S. Bayshore Drive**<br>**Miami, FL 33133** | **2004 through present** |

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■    of the debtor. If any of the books of account and records are not available, explain.

NAME                                  ADDRESS

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐    issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **TD Bank, N.A.**<br>**2130 Centrepark West Drive**<br>**West Palm Beach, FL 33409** | **Approximately July 2010** |
| **First Sealord Surety, Inc.**<br>**789 E Lancaster Avenue**<br>**Suite 200, P.O. Box 900**<br>**Villanova, PA 19085** | **Approximately July 2009** |

---

**20. Inventories**

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Richard Lehman**<br>**15081 SW 154th Court**<br>**Miami, FL 33196** | **President, Director** | **33%** |
| **Eduardo Moreno**<br>**3022 SW 144th Avenue**<br>**Miami, FL 33175** | **VP Construction** | **33%** |

8

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Scott Lehman**<br>**7380 SW 114th Street**<br>**Miami, FL 33156** | **VP Finance** | **33%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■
  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐
  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Scott Lehman**<br>**7380 SW 114th Street**<br>**Miami, FL 33156**<br>    **Shareholder** | **11/22/10 - Non-business expense** | **$112.77** |
| **Scott Lehman**<br>**7380 SW 114th Street**<br>**Miami, FL 33156**<br>    **Shareholder** | **4/21/11 - Non-business expense** | **$400.00** |
| **Scott Lehman**<br>**7380 SW 114th Street**<br>**Miami, FL 33156**<br>    **Shareholder** | **5/15/11 - Non-business expense** | **$20.28** |
| **Richard Lehman**<br>**15081 SW 154th Court**<br>**Miami, FL 33196**<br>    **Shareholder** | **8/20/10 - Non-Business expense** | **$50.00** |
| **Richard Lehman**<br>**15081 SW 154th Court**<br>**Miami, FL 33196**<br>    **Shareholder** | **10/20/10 - Non-Business expense** | **$778.00** |
| **Richard Lehman**<br>**15081 SW 154th Court**<br>**Miami, FL 33196**<br>    **Shareholder** | **11/22/10 - Non-Business expense** | **$150.00** |
| **Richard Lehman**<br>**15081 SW 154th Court**<br>**Miami, FL 33196**<br>    **Shareholder** | **11/22/10 - Non-Business expense** | **$33.17** |
| **Richard Lehman**<br>**15081 SW 154th Court**<br>**Miami, FL 33196**<br>    **Shareholder** | **2/17/11 - Non-Business expense** | **$234.00** |

9

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Richard Lehman**<br>**15081 SW 154th Court**<br>**Miami, FL 33196**<br>    **Shareholder** | **2/21/11 - Non-Business expense** | **$77.06** |
| **Richard Lehman**<br>**15081 SW 154th Court**<br>**Miami, FL 33196**<br>    **Shareholder** | **3/21/11 - Non-Business expense** | **$250.00** |
| **Richard Lehman**<br>**15081 SW 154th Court**<br>**Miami, FL 33196**<br>    **Shareholder** | **4/15/11 - Non-Business expense** | **$210.00** |
| **Richard Lehman**<br>**15081 SW 154th Court**<br>**Miami, FL 33196**<br>    **Shareholder** | **4/15/11 - Non-Business expense** | **$379.00** |
| **Richard Lehman**<br>**15081 SW 154th Court**<br>**Miami, FL 33196**<br>    **Shareholder** | **6/14/11 - Non-Business expense** | **$79.00** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **August 4, 2011**              Signature  **/s/ Scott D. Lehman**
                                                 **Scott D. Lehman**
                                                 **Vice President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Florida

In re    **Chelle Construction, Inc.**             Case No. _____

                                Debtor(s)     Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August  4, 2011** _____        **/s/ Scott D. Lehman** _____

                                                    **Scott D. Lehman/Vice President**
                                                    Signer/Title

Abc Drywall Corporation
5447 NW 24 Street
Suite 1
Margate, FL 33063


Abraham & Son Corp.
10773 NW 58th Street
PMB #343
Miami, FL 33178


Accelarated Business Solutions
2991 Center Port Circle
Pompano Beach, FL 33064


AD & L Construction Services
9025 NW 120 Street
Hialeah Gardens, FL 33018


Aerial Photography, Inc.
618 NE 26th Street
Fort Lauderdale, FL 33305


Albert Electrical of South Florida
7635 W 28th Avenue
Hialeah, FL 33016


Alflex Exterminators
4035 SW 98th Avenue
Miami, FL 33155


All Star Painting
1303 SW 103rd Avenue
Miami, FL 33174


Any Season Insulation
14181 SW 143rd Court
Miami, FL 33186


Aphis Millwork & Cabinetry,
1919 NW 19th Street
#601
Ft.Lauderdale, FL 33331

Associated Builders Contractor
3730 Coconut Creek Pkwy
Coconut Creek, FL 33066


Atlantic Concrete Washout
1945 W. Cr 419
Suite 1141-206
Oviedo, FL 32766


Atlantic Tile Contractor
2681 West 76th Street
Hialeah, FL 33016


Best Equipment
12390 SW 131St Avenue
Miami, FL 33186


Buckeye Plumbing Services, Inc
310 Business Park Way
West Palm Beach, FL 33411


C C Concrete Pumping
12599 NW 107 Ave
Medley, FL 33178


Caballero Iron Works
7315 SW 45 St
Bay 4
Miami, FL 33155


Carpenter Contractors
3900 Avenue G N.W.
Winter Haven, FL 33880


Carter Brother Fire & Life
666 South Military Trail
Deerfield Beach, FL 33442


Cemex
PO Box 905875
Charlotte, NC 28290-5875


Central Concrete Supermix, Inc
PO Box 557520
Miami, FL 33155-7520

Chad Stark
15385 S. Dixie Highway
Unit 20
Miami, FL 33157


Chi Alarm
14070 NW 82nd Avenue
Miami Lakes, FL 33016


City of Coral Gables
P.O. Box 742503
Cincinnati, OH 45274-2503


Concord Road Service
3199 Fox Croft Road
Unit 107
Miramar, FL 33025


Decon Envirnonmental &
2652 NW 31St Avenue
Fort Lauderdale, FL 33311


Designe Acoustics Inc
15935 NW 49 Ave
Hialeah, FL 33014


Deville Family Ltd.
10120 Sabal Palm Drive
Coral Gables, FL 33156


Diversified Administration
6161 Washington Street
Hollywood, FL 33023


Dixie Landscape
12950 NW 113 Ct
Miami, FL 33116


Dynamic Media Technologies Inc
9301 SW 69 Ave
Miami, FL 33156


Dyplast Products LLC
12501 NW 38 Ave
Miami, FL 33157

Eduardo Moreno
3022 SW 144th Avenue
Miami, FL 33175


Empire Electric Maintenance
1041 SW 67th Avenue
West Miami, FL 33144


Evelyn Martinez
1281 NE 42nd Avenue
Homestead, FL 33033


Ever Bank Commercial Finance
Dept 1608
Denver, CO 80291-1608


Everbank
Dept. 1608
Denver, CO 80291-1608


Everglade Lumber Building Supply
6991 SW 8th Street
Miami, FL 33144


Fedex
P.O. Box 94515
Palatine, IL 60094-4515


First Insurance Funding Corp
PO Box 66468
Chicago, IL 60666-0468


First Sealord Surety, Inc.
789 E Lancaster Avenue
Suite 200, P.O. Box 900
Villanova, PA 19085


Florida Epoxy
20533 Biscayne Blvd
Suite 433
AventuraFL 33180


Florida Lifts, LLC
1718 Corporation Drive
Boynton Beach, FL 33426

Floridian Builders
2666 Tigertail Avenue
Suite 110
Coconut Grove, FL 33133


FPL
PO Box 025576
Miami, FL 33102


Frank Rodriguez
4630 SW 13th Street
Miami, FL 33134


Freedom Transport
5475 NW St James Drive
#201
Port Saint Lucie, FL 34983


Frost Ac Inc
12206 SW 131 Ave
Miami, FL 33186


Gary Elliot
1504 SW 5th Street
Fort Lauderdale, FL 33312


George Crane
2190 NW 110 Ave
Miami, FL 33172


Glass Tech Engineering, Inc
8321 NW 70th Street
Miami, FL 33166


Glassland
14260 SW 142 Street
Unit 101
Miami, FL 33186


H & E Equipment Services
2250 N Andrews Avenue
Pompano Beach, FL 33069

H & H Carpet Company of Palm Beach
2004 Federal Highway
Delray Beach, FL 33483


H & H Flooring
2004 Federal Highway
Delray Beach, FL 33483


Hatton Electric Inc.
12346 Wiles Road
Coral Springs, FL 33076


HDS Whitecap Const. Supply
10800 NW 92nd Terrace
Suite 103
Miami, FL 33178


Hector Vergara
PO Box 970504
Coconut Creek, FL 33097


Hermilo Medina
25260 SW 127th Avenue
Homestead, FL 33032


High Reach
615 Hickman Circle
Sanford, FL 32771


Hilti
PObox 382002
Pittsburgh, PA 15250-8002


Humana Health Plan
P.O. Box 557
Carol Stream, IL 60132-0577


Hurricane Waste Services Inc
14241 SW 143rd Court
Miami, FL 33186


IFC Credit
P.O. Box 2154
Bedford Park, IL 60499-2154

Illuminosity Architectural
4704 SW 74th Avenue
Miami, FL 33155


Isuzu Finance of America
3020 Westchester Avenue
Suite 203
Purchase, NY 10577


J B Garage Doors
12195 NW 98 Ave
Hialeah, FL 33018


J M Scaffolds Of Florida Inc
PO Box 520457
Miami, FL 33152-0457


J&M Plastering, Inc.
16333 NW 84 Place
Miami, FL 33016


Jes Hole Drilling
260 W 41 Street
Hialeah, FL 33012


Jjas Door Installation
7302 NW 70th Street
Miami, FL 33166


John Abell Corp.
PO Box 971297
Miami, FL 33197-1297


John Greist
8904 SW 177th Terrace
Miami, FL 33157


Jorge Freyre
7195 E Lago Drive
Miami, FL 33143


Jose Santos Garcia
7452 W 8th Avenue
Hialeah, FL 33014

Jose Villegas
519 W 68th Street
Hialeah, FL 33014


Juan C. Rodriguez
8270 Sw 149th Court
Miami, FL 33193


Juan Carapia
1630 NE 9th Street
Homestead, FL 33033


Juan Carlos Aleman
1365 W 69th Street
Hialeah, FL 33014


Kaufman Rossin Co
2699 S Bayshore Dr
Miami, FL 33133


La Paz Builders Construction,
1258 NW 25th Street
Miami, FL 33142


Latite Roofing & Sheet Metal,
2280 W Copans Road
Pompano Beach, FL 33069


Lehman Southland
19151 SW 108 Avenue
Miami, FL 33157


Lengemann
PO Box 39
43319 State Road 19
Altoona, FL 32702-0039


Lewis Millwork Corp
13071 SW 122 Ave
Miami, FL 33186


Lezas Plumbing
9448 NW 13th Street
Miami, FL 33165

Lincoln National Life Insurace
P.O. Box 7247-0410
Philadelphia, PA 19170-0410

Lindstrom Air Conditioning
6601 Lyons Road
Suite D8
Coconut Creek, FL 33073

Marin Martinez
100 SW 45th Avenue
Miami, FL 33134

Marjorie Torres
8761 NW 146th Lane
Miami Lakes, FL 33018

Marlon Sanchez
3448 SW 112th Avenue
Miami, FL 33165

Maxwell Systems Inc
PO Box 822338
Philadelphia, PA 19182-2338

MDX Payment Processing Center
PO Box 628282
Orlando, FL 32862

Miami-Dade Fire Rescue Dept
9300 NW 41 Street
Miami, FL 33178

Miami-Dade Tax Collector
140 W Flagler Street
Miami, FL 33130-1575

Miami-Dade Water and Sewer Dept.
PO Box 026055
Miami, FL 33102-6055

Michelle Lehman
15081 SW 154th Court
Miami, FL 33156

Mobil Mini, Inc.
PO Box 79149
Phoenix, AZ 85062-9149


National Construction Rentals,
P.O.Box 4503
Pacoima, CA 91333


Nielson & Company Inc.
8000 Governors Square Blvd
#101
Miami Lakes, FL 33016


Nutting Engineers
1310 Neptune Drive
Boynton Beach, FL 33426


O.M. Management, Inc
4483 NW 36th Street
Suite 120
Miami, FL 33166


Oxford Universal
7440 SW 50th Terrace
Suite 110
Miami, FL 33155


Pam Lehman
7380 SW 114th Street
Miami, FL 33156


Plan Benefit Services
11910 Volente Road
Austin, TX 78726


Poes Rentals
7901 West 4 Ave
Hialeah, FL 33014-4215


Ramon Sanchez
13770 SW 157th Terrace
Miami, FL 33177

RC Interiors Inc.
7090 SW 30th Road
Miami, FL 33155


Restored Digital Solutions
5900 NW 97th Avenue
Suite 22
Miami, FL 33178


Richard & Rice Construction Co
828 S. Military Trail
Deerfield Beach, FL 33442


Richard Lehman
15081 SW 154th Court
Miami, FL 33196


RJS Electric, Inc.
1100 Barnet Drive
#4
Lake Worth, FL 33461


Robert Reid Weding Architects
612 South Military Trail
Deerfield Beach, FL 33442


Rodriguez Bulldozer Service
4238 SW 95 Ave
Miami, FL 33165


Ronquillos Drywall, Inc.
1651 NE 8th Street
Pmb 128
Homestead, FL 33033


S & J Plastering
13656 SW 142nd Avenue
Miami, FL 33186


S & J Roofing Contractors
173 W 22nd Street
Hialeah, FL 33010

S & S National Waste
1486 Skees Road
Suite D
West Palm Beach, FL 33411


Sands Construction Framing
1430 S. Dixie Hwy
Suite 318
Coral Gables, FL 33146-3174


Scott Lehman
7380 SW 114th Street
Miami, FL 33156


Shell Lumber & Hardware
2733SW 27th Avenue
Coconut Grove, FL 33133


Siegfried Rivera, et al.
201 Alhambra Circle
Coral Gables, FL 33134


Smart Restorations
10330 SW 187th Street
Miami, FL 33157


Sound Investment
1438 W. Kinzie
Suite 200
Chicago, IL 60642


South Florida Concrete Cutting
7956 NW 1Street
Margate, FL 33063


Southern Fire Control
599 Sawgrass Corporate Pky
Sunrise, FL 33325


Specialty Engineering Consultants
1599 SW 30th Avenue
Suite 20
Boynton Beach, FL 33426

Sprint
PObox 4181
Carol Stream, IL 60197-4181


Steel Works Rebar Fabricators
7265 NW 74 St
Miami, FL 33166


Symons Corp
PO Box 712299
Cincinnati, OH 45271-2299


Symons Corp.-Exchange
PO Box 712299
Cincinnati, OH 45271-2299


T-Square
P.O. Box 012061
Miami, FL 33101


T-Square Express, Inc.
PO Box 012061
Miami, FL 33101


Tarmac
PO Box 8648
Deerfield Beach, FL 33443


TD Bank Card Services
P.O. Box 84037
Columbus, GA 31908


TD Bank, N.A.
2130 Centrepark West Drive
West Palm Beach, FL 33409


TD Equipment Finance, Inc.
1006 Astoria Blvd.
Cherry Hill, NJ 08034


The Sun Peninsula
1395 Brickell Avenue
Suite 660
Miami, FL 33131

Trusscorp
9590 NW 89 Ave
Medley, FL 33178


United Rentals North America
PO Box 100711
Atlanta, GA 30384-0711


United Site Services of Florida, Inc.
PO Box 660475
Dallas, TX 75266-0475


Unlimited Construction
13770 SW 157 Terr
Miami, FL 33177


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


William Scottsman
PO Box 91975
Chicago, IL 60693-1975


Windstream Communications
PO Box 580451
Charlotte, NC 28258-0451


Worldwide Pools
6800 SW 40th Street
Suite 686
Miami, FL 33155


Yoanka Galceran
3301 SW 99th Avenue
Miami, FL 33165


Zaida Moreno
3022 SW 144th Avenue
Miami, FL 33175


Zephyrhills
PO Box 856680
Louisville, KY 40285-6680